## Ex Parte Grove Chestnutt.

### No. 1874. Decided November 9, 1898.

**County Convict—Habeas Corpus Not Available, When.**

An application for habeas corpus to the Court of Criminal Appeals by a county convict will be dismissed where it is made to appear that since filing said application he has been released from custody upon bond.

From Palo Pinto. Original application to the Court of Criminal Appeals for a writ of habeas corpus.

The Assistant Attorney-General moved to dismiss the application, "because the return of the sheriff of Palo Pinto County to the writ of

habeas corpus shows that said Chestnutt is not in custody, but has executed a convict bond and is now at liberty.

*J. M. Richards,* for relator.

*Mann Trice,* Assistant Attorney-General, for respondent.

DAVIDSON, JUDGE.—Relator applied to the presiding judge of this court for a writ of habeas corpus, which was granted, and made returnable on the 19th of October, 1898, before this court in session at Tyler. In response to the writ the respondent makes return that the relator had executed a convict bond to the proper county judge, to wit, of Palo Pinto County, in regard to the matter about which he resorted to said writ, and had been released from custody. For this reason the Assistant Attorney-General moves to dismiss the application from the docket. We believe the motion is well taken, and the application is accordingly dismissed.

*Dismissed.*

HURT, Presiding Judge, absent.